*Prepared and submitted by:*

Peggy Hunt (Utah State Bar No. 6060)
Chris Martinez (Utah State Bar No. 11152)
Jeffrey M. Armington (Utah State Bar No. 14050)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: hunt.peggy@dorsey.com
  martinez.chris@dorsey.com
  armington.jeff@dorsey.com

*Attorneys for Court-Appointed Receiver R. Wayne Klein*

FILED
U.S. DISTRICT COURT

2013 MAY 20  D 3:02

DISTRICT OF UTAH

BY:_____
  DEPUTY CLERK

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>NATIONAL NOTE OF UTAH, LC, a Utah Limited Liability Company and WAYNE LaMAR PALMER, and individual,<br><br>Defendants. | **ORDER GRANTING RECEIVER'S MOTION FOR REAPPOINTMENT**<br><br>2:12-cv-00591 BSJ<br><br>The Honorable Bruce S. Jenkins |

The matter before the Court is the *Receiver's Motion for Reappointment* (the "Motion") filed by R. Wayne Klein, the Court-Appointed Receiver (the "Receiver") in the above captioned case. The Court has reviewed the Motion, the memorandum in support of the Motion, and applicable law. Based thereon, and for good cause appearing, **IT IS HEREBY ORDERED** that:

(1)    The Motion is **GRANTED**;

4822-4180-5075\2

**-EXHIBIT C-**
**Notice of Receivership**
**S.E.C. v National Note of Utah, et al.**

(2)    Effective on the entry of this Order, R. Wayne Klein is reappointed as Receiver pursuant to the terms of the Court's June 25, 2012, *Order Appointing Receiver and Staying Litigation* [Docket No. 9], a copy of which is attached hereto as **Exhibit 1**.

DATED this 20th day of May, 2013

BY THE COURT:

Honorable Bruce S. Jenkins
U.S. District Court Judge